CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DEBRA ELLWOOD MEPPEN (SBN: 183885)
dmeppen@gordonrees.com
LISA K. GARNER (SBN: 155554)
lgarner@gordonrees.com
HILARY E. FEYBUSH (SBN: 280714)
hfeybush@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Attorneys for Defendant, Jack In The Box, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WILLIAMS, | Case No.: 2:16-CV-06770-R-E |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| JACK IN THE BOX INC., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

1   The Parties hereby jointly notify the court that a global settlement has been
2   reached in the above-captioned case and the parties would like to avoid any additional
3   expense, and further the interests of judicial economy.

4   All Parties, therefore, apply to this Honorable Court to vacate all currently set
5   dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6   all parties will be filed within 60 days. The Parties further request that the Court
7   schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8   Parties, by and through their attorneys of record shall show cause why this case has not
9   been dismissed.

10

11   Dated: November 29, 2016          CENTER FOR DISABILITY ACCESS

12
13                                     By: /s/ Phyl Grace
                                            Phyl Grace
14                                          Attorneys for Plaintiff

15   Dated: November 29, 2016          GORDON & REES LLP

16                                     By: /s/ Lisa K. Garner
17                                          Lisa K. Garner
                                            Attorney for Defendant
18                                          Jack In The Box, Inc.

19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lisa K. Garner, counsel for Jack In The Box, Inc., and  that I have obtained Ms. Garner's  authorization to affix her electronic signature to this document.


Dated: November 29, 2016            CENTER FOR DISABILITY ACCESS


                                    By: /s/ Phyl Grace
                                        Phyl Grace
                                        Attorney for Plaintiff